**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 01-6316**

─────────────

MARIO BALLARD,

Plaintiff - Appellant,

versus

PAGE TRUE,

Defendant - Appellee.

─────────────

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Samuel G. Wilson, Chief District Judge. (CA-00-975-7)

─────────────

Submitted: June 21, 2001            Decided: June 29, 2001

─────────────

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Mario Ballard, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Mario Ballard seeks to appeal the district court's order dismissing without prejudice under 28 U.S.C.A. § 1915(A)(b)(l) (West Supp. 2000) Ballard's action filed under 42 U.S.C.A. § 1983 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Ballard v. True, No. CA-00-975-7 (W.D. Va. Jan. 30, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED